January 11, 2008

Mr. Bruce Wayne Houser
#460890
3060 FM 3514
Beaumont, TX 77705
Mr. Kenneth W. McElveen
115 W. Main Room 101
Edna, TX 77957-2799

RE: Case Number: 06-0504
 Court of Appeals Number: 13-05-00426-CV
 Trial Court Number: 05-2-12515

Style: BRUCE WAYNE HOUSER
 v.
 KENNETH W. MCELVEEN, ET AL.

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion and judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Sharon Mathis |
| |Whittley |
| |Ms. Cathy Wilborn |